Rivera, Demandante y Apelado, *v.* Martínez, Demandado y Apelante.

Apelación procedente de la Corte de Distrito de Aguadilla en pleito sobre daños y perjuicios por libelo.

No. 2363.—Resuelto en marzo 11, 1921.

Desestimación del Recurso—Transcripción Incompleta—Alegaciones de Hechos.—Una transcripción que sólo contiene la moción pidiendo la nulidad de resoluciones dictadas en el pleito, la resolución denegatoria apelada y el

escrito de apelación, no es suficiente para que el Tribunal Supremo dicte sentencia, pues la mera moción no es bastante para tener por ciertos los hechos en la misma expuestos. Si el apelante no incluye en la transcripción aquellas actuaciones del pleito ofrecidas como evidencia en apoyo de la moción, a fin de poner al Tribunal Supremo en la misma situación en que estaba la corte inferior cuando dictó la resolución apelada, procede la desestimación del recurso.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Víctor P. Martínez.*

Abogados del apelado: *Sres. J. C. Rivera* y *L. Llorens Torres.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

En el pleito No. 2128 de la Corte de Distrito de Aguadilla de José C. Rivera contra Víctor P. Martínez, por libelo y daños y perjuicios, el demandado presentó el 9 de septiembre de 1920 su moción no jurada, fechada el 25 del mes anterior, interesando la declaración de ineficacia de las sentencias y resoluciones dictadas en él el 26 de octubre de 1917, 6 de octubre de 1918, 27 de junio de 1919 y 5 de marzo de 1920 y que se dejen sin efecto los actos ejecutados en virtud de ellas y que el pleito quede en la situación que antes de su radicación. En la moción se hacen alegaciones de hecho y de derecho y se ofrece como evidencia las actuaciones del pleito.

El día señalado para la vista de esa moción comparecieron las dos partes y a petición de ambas fué la vista señalada para otro día en el que no compareció el demandante Rivera por estar enfermo, según telegrama suyo. El demandado sometió la moción a la resolución de la corte y ésta en 27 de octubre de 1920 la declaró sin lugar.

Apelada esa resolución por Martínez nos ha presentado para resolver su recurso una transcripción que sólo contiene su moción, la resolución de la corte y su apelación.

Esa transcripción no es suficiente para poder resolver si la resolución apelada es errónea o acertada porque no siendo suficiente la mera moción del apelante para tener como cier-

tos los hechos en ella relatados *El Pueblo* v. *Pujols*, 23 D.
P. R. 882, debió el apelante ponernos en la misma situación
que estaba el juez de la corte inferior cuando dictó la reso-
lución recurrida, haciendo formar parte de la transcripción
aquellas actuaciones del pleito en que comparecía y que ofre-
ció como evidencia, para demostrarnos la certeza de los he-
chos expuestos en su moción.

La falta de esas constancias del pleito nos priva de base
para resolver esta apelación y debemos desestimarla.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro y Hutchison.